In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00397-CR
_____

**JEFFREY ANDREW BRYANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. 25142**

_____

**MEMORANDUM OPINION**

A jury found appellant Jeffrey Andrew Bryant guilty of possession of child pornography. The trial court assessed Bryant's punishment as an habitual felony offender at twenty-five years of imprisonment.

Bryant's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1978). On June 11, 2018, we granted an extension of time for Bryant to file a *pro se* brief. We received no response from Bryant.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 19, 2018
Opinion Delivered September 26, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]Bryant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.